IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DON GREEN, CHARLOTTE GREEN, and DANIEL P. ROEDER, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV76 |
| V. | ) ) | |
| INTERSECURITIES, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

On July 12, 2013, Chief District Court Judge Laurie Smith Camp granted, in part, Defendant's Motion to Dismiss Amended Complaint with Prejudice or, in the Alternative, Motion to Strike. (Filing 16.) In so ruling, Judge Smith Camp allowed Plaintiffs to seek leave to amend their complaint.

On July 31, 2013, Plaintiffs filed a Motion for Leave to File Second Amended Complaint. (Filing 18.) Defendants have not responded or objected to Plaintiffs' Motion for Leave.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Second Amended Complaint (filing 18) is granted. Plaintiffs shall file their Second Amended Complaint by or before September 13, 2013. Defendant shall respond to Plaintiffs' Second Amended Complaint by or before September 27, 2013.

**DATED September 11, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**