IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DON GREEN, CHARLOTTE GREEN, and DANIEL P. ROEDER,<br><br>             Plaintiffs,<br><br>     vs.<br><br>INTERSECURITIES, INC.,<br><br>             Defendant. | CASE NO. 8:13CV76<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 51). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. All claims asserted in the above-captioned matter will be dismissed with prejudice, and the parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 51) is approved;

2. All claims asserted in the above-captioned matter should be dismissed with prejudice; and

3. The parties will bear their own costs and attorney's fees.

Dated this 7th day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge